In the Matter of REBECCA F., an Infant. ONONDAGA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; JAMES

F., Appellant, et al., Respondent. [730 NYS2d 918] —Order unanimously affirmed without costs. Memorandum: Respondent father appeals from an order revoking a suspended judgment of permanent neglect, terminating his parental rights and transferring custody of his child to petitioner. Contrary to the contention of respondent, Family Court's finding after a hearing that he failed to comply with certain conditions of the suspended judgment is supported by a preponderance of the evidence (*see, Matter of Gerald M.*, 112 AD2d 6; *see also, Matter of Victor C.*, 284 AD2d 945; *Matter of Ashley M.* [appeal No. 1], 278 AD2d 892, *lv denied* 96 NY2d 710). Thus, the court "did not improvidently exercise its discretion by revoking [the] suspended judgment" (*Matter of La'Quan De'Vota H.*, 259 AD2d 486, 487). (Appeal from Order of Onondaga County Family Court, Griffith, J.—Terminate Parental Rights.) Present—Pine, J. P., Hayes, Hurlbutt, Burns and Gorski, JJ.